ACCEPTED
05-22-00424-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/21/2024 12:08 PM
RUBEN MORIN
CLERK

# Jessica Dixon

4519 N OConnor Road #1159     Irving, TX  75062     (214) 699-9081   jjdhorizons@yahoo.com

February 21, 2024

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/21/2024 12:08:52 PM
Ruben Morin
Clerk

Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas  75202

Re:  Court of Appeals Number 05-22-00424-CV.  Trial Court Case Number DC-18-19277

This instant case was previously abated due to my pending bankruptcy case number 22-30509-mvl13 which was filed on March 24, 2022 in the United States Bankruptcy Court for the Northern District of Texas. Pursuant to this Court's Order that was entered on May 9, 2022 "Under 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2." Pursuant to 11 U.S.C. § 362, TEX. R. APP. P. 8.2, consistent with this Court's May 9, 2022 order, and because of the pending bankruptcy case number 22-30509-mvl13, therefore this case should remain abated.

Respectfully,

Jessica Dixon
4519 N OConnor Road #1159
Irving, TX  75062
jjdhorizons@yahoo.com
Tel. (214) 699-9081
PRO SE

Cc:  David Surratt

**Enclosures:  Notice of Bankruptcy Case Filing**

**Order entered May 9, 2022**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 84737668
Filing Code Description: Letter
Filing Description: Response to 021624 Letter
Status as of 2/21/2024 2:50 PM CST

Associated Case Party: Emily Tobolowsky

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carolyn DupreeBrown | | cbrown@dallascourts.org | 2/21/2024 12:08:52 PM | SENT |

Associated Case Party: Quail Run Condominium Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Alfred Surratt | 19519100 | dsurratt@riddleandwilliams.com | 2/21/2024 12:08:52 PM | SENT |

Associated Case Party: Jessica Dixon

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jessica Dixon | | jjdhorizons@yahoo.com | 2/21/2024 12:08:52 PM | SENT |